**Opinion issued October 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-25-00370-CV

_____

### EXCELL MARINE CORPORATION, Appellant

### V.

### JERAMI SEGURA, Appellee

---

### On Appeal from the 234th District Court
### Harris County, Texas
### Trial Court Cause No. 2024-22766

---

### MEMORANDUM OPINION

We previously abated this appeal for mediation. The parties have now filed a joint motion to dismiss the appeal, representing that they have reached an agreement to settle all claims. They further request that we render judgment

effectuating the parties' agreement, vacate the trial court's judgment, and order all claims and causes of action be dismissed with prejudice. We construe the motion as a request to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we reinstate the appeal, grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.

2